**Hunter R. LEVI, Petitioner,**

v.

**UNITED STATES DEPARTMENT OF LABOR, Respondent,**

**Anheuser–Busch Companies, Inc., Intervenor.**

No. 09–2738.

United States Court of Appeals, Eighth Circuit.

Submitted: Dec. 28, 2009.

Filed: Jan. 14, 2010.

Hunter R. Levi, Overland Park, KS, pro se.

Roger W. Wilkinson, Paul L. Frieden, U.S. Department of Labor Office of the Solicitor, Washington, DC, for Respondent.

Joseph James Torres, Winston & Strawn, Chicago, IL, for Intervenor.

Before MURPHY, COLLOTON, and SHEPHERD, Circuit Judges.

PER CURIAM.

Hunter Levi petitions for review of a final order of the United States Department of Labor Administrative Review Board, affirming dismissals of three administrative complaints he brought under the Sarbanes–Oxley Act of 2002, 18 U.S.C. § 1514A. Upon careful review, *see* 5 U.S.C. § 706(2) (standard for reviewing agency decision), we find no basis for reversal. Accordingly, we deny the petition. *See* 8th Cir. R. 47B. We also deny Levi's pending motion.